# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 10-114(2) (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER** |
| PATRICIA ANN THOMPSON, | |
| Defendant. | |

_____

      Jeffrey Paulsen, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

      Bruce Williams, **WILLIAMS LAW OFFICE,** Post Office Box 94, 224 First Street North, Lincoln Building, Suite 2200, Virginia, MN 55792, for defendant.

    This matter is before the Court upon the defendant's motion to exclude the period of time from the date of this order through July 28, 2010 from the Speedy Trial Act computations in this case. Pursuant to 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the facts set forth the accompanying motion.

     Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1) The defendant's motion to exclude time under the Speedy Trial Act [Docket No. 164] is **GRANTED**.

2) The Change of Plea hearing is now scheduled for July 28, 2010 at 1:30 p.m. in Courtroom 2 at the United States Courthouse, 118 South Mill Street, Fergus Falls, MN 56537.

Dated: July 9, 2010
at Minneapolis, Minnesota

                                                          s/ John R. Tunheim
                                                          JOHN R. TUNHEIM
                                                          United States District Judge